**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00526-CR

### CLINTON EUGENE WHITFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F11-55984-J

## ORDER

The Court **REINSTATES** the appeal.

On December 5, 2014, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Niles Illich; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel informed the trial court appellant's brief would be filed by December 23, 2014.

We **ORDER** appellant to file his brief by **DECEMBER 23, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE